

## MEMORANDUM OPINION

No. 04-09-00001-CV

**RIO GRANDE CITY CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**
and Starr-Zapata County Education District No. 27,
Appellants

v.

**ESTATE OF BLAS GARZA**, aka Blas Garza, Sr.,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. TS-97-224
Honorable Alex W. Gabert, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:   March 11, 2009

JUDGMENT SET ASIDE AND REMANDED

        The parties have filed a Joint Agreed Motion to Remand For Entry of Agreed Dismissal With Prejudice, stating they have settled all issues in dispute. The parties ask that we set aside the trial court's judgment without regard to the merits and remand the cause to the trial court for entry of judgment in conformity with their settlement.  We GRANT the motion.

        We set aside the trial court's judgement and remand for further proceedings.  *See* TEX. R. APP. P. 42.1(a)(2)(B).

                                                                PER CURIAM